UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL SEAN KENNEDY,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

No. 2:20-cv-01418-TLN-KJN

**ORDER**

Petitioner Michael Sean Kennedy ("Petitioner"), a federal prisoner proceeding *pro se*, filed a Petition for Writ of Error Coram Nobis. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2020, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 6.) Petitioner has not filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 12, 2020 (ECF No. 6), are adopted in full;

2. The Petition for Writ of Error Coram Nobis is DENIED; and

3. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

DATED: October 6, 2020

Troy L. Nunley
United States District Judge